IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

**Toya R Hodges,**
Debtor

Bankruptcy No 17-22227
Judge Timothy A. Barnes

Chapter: 13

## AGREED ORDER CONDITIONING AUTOMATIC STAY AND CODEBTOR STAY

This cause coming to be heard on the motion of McCormick 105, LLC ("Movant") through its attorney, Rocio Herrera of Noonan and Lieberman Ltd., for relief from the automatic stay and codebtor stay, the court being fully advised;

IT IS ORDERED:

1. That as of December 21, 2017, the Debtor was in default on post petition monthly mortgage payments in the amount of $627.91 (not including attorney's fees and costs), see breakdown of default below:

   December 1, 2017 payment in the amount of $627.91

2. As of December 21, 2017, $1,270.83 were incurred in attorney's fees plus court costs in the amount of $181.00 for the preparation of the Motion for Relief. The Debtor will pay the fees incurred for the Motion for Relief, totaling $1,451.83, through the payments provided in paragraph 3. The Debtor understands that additional fees may be incurred and if any additional fees are incurred, Movant will file a Notice of Post Petition Mortgage Fees, Expenses and Charges for those fees.

3. The Debtor shall cure a total of $2,079.74 by monthly payments on the following schedule:
   | | | |
   |---|---|---|
   | A. | On or before February 1, 2018 | $346.64 |
   | B. | On or before March 1, 2018 | $346.62 |
   | C. | On or before April 1, 2018 | $346.62 |
   | D. | On or before May 1, 2018 | $346.62 |
   | E. | On or before June 1, 2018 | $346.62 |
   | F. | On or before July 1, 2018 | $346.62 |

   These payments are in addition to the regular monthly mortgage payments due under the terms of the note and mortgage. If the Debtor fails to tender the above payments, then the default provisions of paragraph 5, below, shall apply.

4. Effective January 1, 2018 and thereafter, if the Debtor fails to tender the monthly mortgage payments due to McCormick 105, LLC such that two monthly mortgage payments are due and not fully paid, then the default provisions of paragraph 5, below shall apply.

5. If the Debtor fails to comply with the terms of paragraphs 3 and 4, above, then the automatic stay and codebtor stay shall be modified, without further order of court, to allow McCormick 105, LLC to exercise any and all of its state law remedies to obtain foreclose, evict or take any other action to preserve and protect its interest with respect to the real property commonly

known as 4826 West Arthington Street, Chicago, IL 60644, provided that written notice of default is mailed to the Debtor and Debtor's attorney is notified via ECF and the default specified in the notice is not cured within 15 days of the mailing of the notice.

6. The automatic stay and codebtor stay are deemed modified upon expiration of the cure term if the Debtor fails to cure and the filing of Notice of Termination of Stay.

7. That should the automatic stay and codebtor stay be modified due to Debtor's failure to comply, the Trustee shall make no further payments on the Proof of Claim filed by McCormick 105, LLC.

Agreed to by:

_____
Attorney for Creditor

_____
Attorney for Debtor

Date: 10 JAN 2018

Enter:

_____
Judge Timothy A. Barnes

Rocio Herrera
Attorney number 6303516
Noonan & Lieberman Ltd.
105 West Adams, Suite 1800
Chicago, Illinois 60603
(312) 431-1455